UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
2022 MAY 16 PM 3:03

CLERK, U.S. DISTRICT
TNWD OF TN MEM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR. No. 22-I-004 |
| v. | ) 18 U.S.C. § 242 |
| ARMANDO BUSTAMANTE | ) 23-20029 JTF |
| Defendant. | ) |

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

On or about the 16th day of January, 2021, in the Western District of Tennessee, the Defendant,

**ARMANDO BUSTAMANTE**

then a Police Officer for the Memphis Police Department, while acting under color of law, willfully deprived M.L., an arrestee, of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures of the person by a person acting under color of law. Specifically, the defendant struck M.L. with his pistol, a dangerous weapon, and with his hands, without legal justification, resulting in bodily injury to M.L. All in violation of Title 18, United States Code, Section 242.

DATED: May 16, 2022

_Joe Murphy_
JOSEPH C. MURPHY, JR.
UNITED STATES ATTORNEY